IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02412-RMR-NRN

NATHAN JOSEPH CHATIGNY,

    **Plaintiff,**

v.

LA PLATA COUNTY SHERIFF'S DEPARTMENT, CAPTAIN EDWARD ABER, SERGEANT BRIENNE BLACKKETTER, DEPUTY TYLER HOYT, and SOUTHERN HEALTH PARTNERS.

    **Defendants.**

### PLAINTIFF'S UNOPPOSED MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT CAPTAIN EDWARD ABER WITHOUT PREJUDICE

Plaintiff Nathan Joseph Chatigny ("Plaintiff") by and through his legal counsel, Meredith A. Quinlivan and Brian E. Parker of Goodspeed Merrill seeks to voluntarily dismiss all claims against Defendant Captain Edward Aber ("Defendant Aber") without prejudice.

### CERTIFICATION

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for Plaintiff certifies that she has conferred with counsel for Defendant none of whom oppose the relief requested herein.

### MOTION

1. Federal Rule of Civil Procedure 41 provides that the Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i); *Waetzig v. Halliburton Energy Services, Inc.*, 82 F.4th 918, 928 (10th Cir. 2023).

2. Here, Defendant Aber has not served an answer or motion for summary judgment.

3. "The dismissal is without prejudice, and if the plaintiff previously dismissed any

federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits". Fed. R. Civ. P. 41(a)(1)(B).

4. Plaintiff has not previously dismissed any actions pursuant to Fed. R. Civ. P. 41. Thus, this dismissal is without prejudice.

5. Finally, counsel for Defendant Aber agrees that each party shall bear their own attorneys' fees and costs.

WHEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and (B), Plaintiff, by and through their attorneys of record, respectfully requests that this Court dismiss all claims asserted against Defendant Aber, without prejudice. Each party shall bear their own attorneys' fees and costs.

Respectfully submitted this 20th day of February 2025.

**GOODSPEED MERRILL**

By: */s/ Meredith A. Quinlivan*
Meredith A. Quinlivan, Esq.
Brian E. Parker, Esq.
9605 S. Kingston Ct., Suite 200
Englewood, CO 80112
Telephone: (720) 473-7644
Email: mquinlivan@goodspeedmerrill.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2025, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT CAPTAIN EDWARD ABER WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Christopher G. Seldin, Esq. | Jacqueline B. Sharuzi-Brown, Esq. |
| David James Goldfarb, Esq. | Stephanie Lynn Clark, Esq. |
| Berg Hill Greenleaf Ruscitti LLP | Sharuzi Law Group, Ltd |

| | |
|---|---|
| 1712 Pearl Street<br>Boulder, CO 80302<br>chris.seldin@bhgrlaw.com<br>djg@bhgrlaw.com<br>*Attorneys for La Plata County Sheriff's Department, Brienne Blackketter, and Tyler Hoyt* | 555 17th Street, Suite 975<br>Denver, CO 80202<br>jackie@sharuzilaw.com<br>sclark@sharuzilaw.com<br>*Attorneys for Southern Health Partners* |

Ann B. Smith, Esq.
Vaughan & DeMuro
111 South Tejon, Suite 545
Colorado Springs, CO 80903
Telephone: (719) 578-5500
asmith@vaughandemuro.com
*Attorney For Defendant Aber*

*/s/ Meredith Quinlivan*
Meredith Quinlivan