IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-02412-RMR-NRN | Date: March 5, 2025 |
| Courtroom Deputy: Román Villa | FTR: Courtroom A401 |

<u>Parties:</u>

NATHAN JOSEPH CHATIGNY,

    Plaintiffs,

v.

LA PLATA COUNTY SHERIFF'S DEPARTMENT,
EDWARD ABER, Captain,
BRIENNE BLACKKETTER, Sergeant, and
TYLER HOYT, Deputy,

    Defendants.

<u>Counsel:</u>

Brian Parker
Meredith Quinlivan

D.J. Goldfarb

## COURTROOM MINUTES

**MOTION HEARING**

**2:34 p.m.**     **Court in session.**

Court calls case. Appearances of Counsel.

This matter is before the Court on Defendants Brienne Blackketter, Tyler Hoyt, and La Plata County Sheriff's Department's Motion to Dismiss (ECF No. 48).

Arguments by Counsel.

For the reasons stated on the record, it is

**ORDERED:**     Defendants Brienne Blackketter, Tyler Hoyt, and La Plata County Sheriff's Department's Motion to Dismiss (ECF No. 48) is TAKEN UNDER ADVISEMENT. The Court will issue a written recommendation in due course.

**3:30 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:56

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.