IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02412-RMR-NRN

NATHAN JOSEPH CHATIGNY,

Plaintiff,

v.

LA PLATA COUNTY SHERIFF'S DEPARTMENT,
BRIENNE BLACKKETTER, Sergeant, and
TYLER HOYT, Deputy,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that, in light of the Order of Dismissal of Defendant Captain Edward Aber Without Prejudice, ECF No. 62, Defendant Aber's Motion to Dismiss, ECF No. 49, is DENIED as moot.

It is further ORDERED that, in light of the Order of Dismissal dismissing Southern Health Partners ("SHP") as a defendant in this case, ECF No. 64, Defendant SHP's Motion to Dismiss, ECF No. 46, is DENIED as moot.

Date: July 23, 2025